AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| AIDO MOBILITY LLC | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-0668 |
| YELP, INC. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Yelp, Inc.
c/o Its Registered Agent
National Registered Agents Inc.
208 S. LaSalle St., Suite 814
Chicago, IL  60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Timothy E. Grochocinski
Nelson Bumgardner Albritton P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL  60462

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____
THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

*Signature of Clerk or Deputy Clerk*

January 30, 2020

DATE

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AIDO MOBILITY LLC** | Case No.: **1:20-CV-0668** |
| Plaintiff/Petitioner | |
| vs. | |
| **YELP, INC.,** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT** |

I, **Christopher Rodriguez**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered employee of ABC Legal Services, Inc. 633 Yesler Way Seattle, WA 98104 License No 117-001765.

On the **3rd day of February, 2020 at 3:43 PM**, I, **Christopher Rodriguez**, SERVED Yelp, Inc. c/o National Registered Agents Inc., REGISTERED AGENT at **208 S. LaSalle St., Suite 814, CHICAGO, Cook County, IL 60604** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Derrick Hackett**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **PROCESS SPECIALIST, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject reaching for docs when named, a brown-haired black male approx. 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with glasses.**

Service Fee Total: **$75.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

| NAME: _/s/ Christopher Rodriguez_ | 129-386636 | 02/03/2020 |
|---|---|---|
| Christopher Rodriguez | Server ID # | Date |



REF: **AIDO MOBILITY-YELP**

Page 1 of 1
Tracking #: **0049561740**