# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AIDO MOBILITY LLC,<br><br>                Plaintiff,<br>v.<br>YELP, INC.,<br><br>                Defendant. | Case No. 1:20-cv-0668<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff Aido Mobility LLC ("Aido"), by its attorneys, respectfully moves this Court for entry of an order extending time for Defendant Yelp Inc. ("Yelp") to answer or otherwise plead to the Complaint to March 25, 2020. Aido states as follows:

1. Yelp was served with the Complaint on February 3, 2020 and its responsive pleadings is currently due February 24, 2020.

2. Representatives from Aido and Yelp have been in early contact regarding potential settlement. Further, Yelp requires additional time to investigate the factual and legal issues raised by the Complaint prior to filing a responsive pleading.

3. In light of the above, the parties agree that a 30-day extension of the responsive pleading deadline is appropriate in order for Yelp to adequately respond to the Complaint, and for the parties to assess the potential for settlement. The parties confirmed their agreement in writing.

4. This is first request for an extension. This motion is made in good faith and not for purposes of delay, and the requested extension will not prejudice any party to this action.

WHEREFORE, Aido respectfully requests that the Court extend the deadline for Yelp to file a responsive pleading until March 25, 2020.

DATED: February 17, 2020

          By:    /s/ *Timothy E. Grochocinski*
                 Timothy E. Grochocinski
                 Illinois Bar No. 6295055
                 Joseph P. Oldaker
                 Illinois Bar No. 6295319
                 NELSON BUMGARDNER ALBRITTON PC
                 15020 S. Ravinia Ave., Suite 29
                 Orland Park, Illinois 60462
                 P. 708-675-1975
                 tim@nbafirm.com
                 joseph@nbafirm.com

                 *COUNSEL FOR AIDO MOBILITY LLC*

## CERTIFICATE OF SERVICE

    I certify that on February 17, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record herein at their respective addresses as disclosed on the pleadings.

          By:/s/ *Timothy E. Grochocinski*

          ***Attorney for Plaintiff Aido Mobility LLC***