# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AIDO MOBILITY LLC,** <br><br> Plaintiff, <br> v. <br> **YELP, INC.,** <br><br> Defendant. | Case No. 1:20-cv-0668 <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## NOTICE OF MOTION

Please take notice that counsel for Plaintiff Aido Mobility LLC will appear before Honorable Charles R. Norgle Sr., on Friday, February 21, 2020, at 10:30 a.m. CST, in Courtroom 2341, Everett McKinley Dirksen United States Courthouse, 219 Dearborn Street, Chicago, Illinois, 60604 and present Plaintiff's Agreed Motion for Extension of Time to Answer or Otherwise Respond to Complaint.

DATED: February 17, 2020

By: /s/ *Timothy E. Grochocinski*
Timothy E. Grochocinski
Illinois Bar No. 6295055
Joseph P. Oldaker
Illinois Bar No. 6295319
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
P. 708-675-1975
tim@nbafirm.com
joseph@nbafirm.com

*COUNSEL FOR AIDO MOBILITY LLC*

## **CERTIFICATE OF SERVICE**

  I certify that on February 17, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record herein at their respective addresses as disclosed on the pleadings.

                By:*/s/ Timothy E. Grochocinski*

                ***Attorney for Plaintiff Aido Mobility LLC***