UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AIDO MOBILITY LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>YELP, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:20-CV-0668<br><br>PATENT CASE |

**JOINT STATUS REPORT AND REQUEST THAT CASE BE STAYED PENDING A RULING ON PLAINTIFF'S MOTION TO REASSIGN CASES AS RELATED PURSUANT TO LOCAL RULE 40.4**

Pursuant to Paragraph 5 of the Third Amended General Order 20-0012, Plaintiff Aido Mobility LLC ("Aido") and Defendant Yelp, Inc. ("Defendant") (collectively "the parties") hereby submit the following joint status report.

   A.   **The progress of discovery:**

Fact discovery has not yet opened. Defendant has not yet responded to the Complaint, the parties have not conducted a Rule 26(f) conference, and a schedule has not yet been entered in this matter.

   B.   **The status of briefing on any unresolved motions:**

Pursuant to Local Rule 40.4, Plaintiff has filed a pending Motion to Reassign Cases in the lead case, *Aido Mobility v. CVS Health Corp.*, Case No. 1:20-cv-0650 (Dkt. 18), pending before Judge Kendall. Defendants have until June 4, 2020 to file their opposition to the motion. The hearing on the Motion to Reassign is currently set for June 12, 2020.

   C.  **Settlement efforts:**

The parties have engaged in preliminary settlement discussions.

1

D. **Provide an agreed proposed revised discovery and dispositive motion schedule (or alternative proposals) for the next 45 days:**

In an effort to minimize judicial resources and increase efficiencies the parties have met and conferred and have agreed to a stay of the case until the Motion to Reassign is decided. This agreement does not restrict any party from moving this Court to lift the stay in this matter to the extent they feel there is good cause exists to do so. Further, this agreement does not restrict Defendant's ability to file an opposition to the Motion to Reassign or an Answer or other response to the Complaint should such papers be appropriate.

E. **Provide an agreed proposed revised discovery and dispositive motion schedule (or alternative proposals) in cases where the current scheduled needs revised:**

Not applicable.

F. **Request any agreed action that the Court can take without a hearing:**

Per section D above, the parties respectfully request that this matter be stayed pending a ruling by the Court on Plaintiff's pending Motion to Reassign, which is currently scheduled for hearing on June 12, 2020.

G. **State whether the parties believe a telephonic hearing with a judge is necessary and time urgent, and if so, identify the issue that warrants discussion:**

The parties do not believe that telephonic hearing with the judge is necessary.

| | |
|---|---|
| Dated: May 18, 2020 | Respectfully submitted, |
| */s/ Timothy E. Grochocinski* <br> Timothy E. Grochocinski <br> tim@nbafirm.com <br> Joseph P. Oldaker <br> joseph@nbafirm.com <br> Nelson Bumgardner Albritton, P.C. <br> 15020 S. Ravinia Ave., Suite 29 <br> Orland Park, Illinois 60462 <br> P. 708-675-1974 <br><br> *ATTORNEYS FOR PLAINTIFF* <br> *AIDO MOBILITY LLC.* | */s/ Brian Michalek* <br> Brian Michalek <br> Brian.michalek@saul.com <br> Saul Ewing Amstein & Lehr, LLP <br> 161 North Clark St., Suite 4200 <br> Chicago, IL 60601 <br> P. 312-876-7836 <br><br> *ATTORNEYS FOR DEFENDANT* <br> *YELP, INC.* |

## CERTIFICATE OF SERVICE

    I certify that on May 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record herein at their respective addresses as disclosed on the pleadings.

*/s/ Timothy E. Grochocinski*
